IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRISTATE HVAC EQUIPMENT, LLP, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 10-1054 |
| BIG BELLY SOLAR, INC., | : |
| Defendant. | : |

## ORDER

**AND NOW**, this 20th day of January, 2011, upon careful consideration of plaintiff TriState's motion for partial reconsideration (docket no. 14), defendant Big Belly's opposition thereto, and TriState's reply, **IT IS HEREBY ORDERED** that the motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. The motion for reconsideration is **DENIED** as to the dismissal of TriState's Lanham Act claim.

2. The motion for reconsideration is **GRANTED** as to the transfer of venue to the District of Massachusetts, and the original motion to transfer venue is **DENIED**. Venue shall be retained in the Eastern District of Pennsylvania.

3. Big Belly shall file a response to TriState's motion for leave to file an amended complaint (docket no. 15) within fourteen days of the date of this order.

/s/ William H. Yohn Jr., Judge
William H. Yohn Jr., Judge