IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRISTATE HVAC EQUIPMENT, LLP, | : |
| Plaintiff, | : |
| v. | : |
| | : CIVIL ACTION NO. 10-1054 |
| BIG BELLY SOLAR, INC., | : |
| Defendant. | : |

**ORDER**

**AND NOW**, this 21st day of July, 2011, upon consideration of plaintiff TriState HVAC Equipment, LLP's motion for leave to amend its complaint (document no. 15), defendant Big Belly Solar, Inc.'s opposition thereto, plaintiff's reply, and defendant's sur-reply, **IT IS HEREBY ORDERED** that the motion is **GRANTED**, and plaintiff may file an amended complaint within ten days of the date of this order.

/s/ William H. Yohn Jr., Judge
William H. Yohn Jr., Judge