IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRISTATE HVAC EQUIPMENT, LLP, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 10-1054 |
| BIG BELLY SOLAR, INC., | : |
| Defendant. | : |

**ORDER**

**AND NOW**, this 19th day of December, 2011, upon careful consideration of defendant Big Belly's motion to dismiss counts II–VII of plaintiff TriState's amended complaint (document no. 31) and TriState's opposition thereto, **IT IS HEREBY ORDERED** that the motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Big Belly's motion to dismiss is **GRANTED** as to count VI, asserting unjust enrichment.

2. Big Belly's motion to dismiss is **DENIED** as to the remaining counts.

    /s/William H. Yohn, Jr.
    William H. Yohn, Jr., Judge